UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Docket no. 2:04-cr-136-GZS |
| DUNG LE, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR RELIEF UNDER 18 U.S.C. § 3582(C)(2)**

Before the Court is a letter from Defendant (Docket # 530), which the Court treats as a Pro Se Motion for Relief under 18 U.S.C. § 3582(c)(2). 18 U.S.C. § 3582(c) does allow a court to modify a defendant's sentence in specific enumerated circumstances, including when the defendant's sentencing range has been lowered as a result of guideline amendments that are explicitly made retroactive in accordance with 28 U.S.C. § 994(o) &(u) and U.S.S.G. § 1B1.10. This Defendant previously has received a reduction pursuant to these provisions. (See Docket # 500.) To the extent he now seeks an additional reduction, neither the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372, nor the most recent related guideline amendments regarding crack cocaine quantities have been made retroactive. For this reason, the Court hereby DENIES Defendant's request to file a motion for sentence reduction and an appointment of counsel to pursue such a motion.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 22nd day of November, 2010.